# United States District Court
## District of Maryland

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For **Revocation** with Supervised Release) |
| | (For Offenses Committed On or After November 1, 1987) |
| BRANDON CLARKE | Case Number: JFM-1-07-CR-00048-001 |
| | USM Number: N/A |
| | Defendant's Attorney: Katherine Newberger, Esq., AFPD |
| | Assistant U.S. Attorney: Peter Martinez, Esq. |

**THE DEFENDANT:**

☒ admitted guilt to violation of conditions(s)  6 and 7  of the term of supervision.
☐ was found in violation of condition(s) _____ after denial of guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 6 | Possession of Heroin and Cocaine | January 14, 2013 |
| 7 | Charged with: Possession with Intent to Distribute Cocaine; Possession with Intent to Distribute Heroin; Possession of Cocaine; Possession of Heroin; Wear, Carry, Transport a Handgun in a Vehicle; Wear, Carry and Transport a Handgun Upon Person; Possession of a Firearm during and in Relation to a Drug Trafficking Crime; Possession of a Regulated Firearm After Being Convicted of a Felony | January 14, 2013 |

The defendant is adjudged guilty of the violation(s) listed above and sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984 as modified by U.S. v. Booker, 125 S. Ct. 738 (2005).

☒ Supervised release is revoked.
☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

April 2, 2014
Date of Imposition of Judgment

J. Frederick Motz          Date
United States District Judge

Name of Court Reporter: FTR

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of __20__ months.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

　☐ at _____ a.m./p.m. on _____.
　☐ as notified by the United States Marshal.

☐ The defendant shall surrender, at his/her own expense, to the institution designated by the Bureau of Prisons at the date and time specified in a written notice to be sent to the defendant by the United States Marshal. If the defendant does not receive such a written notice, defendant shall surrender to the United States Marshal:

　☐ before 2 p.m. on _____.

**A defendant who fails to report either to the designated institution or to the United States Marshal as directed shall be subject to the penalties of Title 18 U.S.C. §3146. If convicted of an offense while on release, the defendant shall be subject to the penalties set forth in 18 U.S.C. §3147. For violation of a condition of release, the defendant shall be subject to the sanctions set forth in Title 18 U.S.C. §3148. Any bond or property posted may be forfeited and judgment entered against the defendant and the surety in the full amount of the bond.**

# RETURN

I have executed this judgment as follows:

　Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.


　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES MARSHAL


　　　　　　　　　　　　By:　_____
　　　　　　　　　　　　　　　　　　DEPUTY U.S. MARSHAL